**FILED**
MAY 0 6 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the State of California, *ex rel.* DIANA MASON,<br><br>Plaintiffs,<br><br>v.<br><br>PRISM AUTISM FOUNDATION d/b/a PRISM BEHAVIORAL SOLUTIONS,<br><br>Defendant. | Case No.: 19-CV-0043-W (BLM)<br><br>ORDER AS TO ELECTION TO INTERVENE FOR THE PURPOSE OF SETTLEMENT<br><br>**UNDER SEAL** |

The United States and the Office of the Attorney General for the State of California, having intervened for purposes of settlement in this action concerning the California Medicaid program pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and the California False Claims Act, Cal. Gov't Code § 12652(c)(4) and (c)(6), the Court orders as follows:

1. the United States' Notice of Election to Intervene, Relator's complaint, and this Order shall be unsealed;

2. all other papers currently on file in this action shall remain under seal;

3. the seal shall be lifted on all matters occurring in this action after the filing of this Order; and

///

///

4. all orders of this Court shall be sent to the United States and the Office of the Attorney General for the State of California.

**IT IS SO ORDERED.**

DATED: 5/5/22

HON. THOMAS J. WHELAN
United States District Judge

cc: Counsel for the United States
Counsel for the State of California
Counsel for Relator