| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: | | FOR RECORDER'S USE ONLY |
|---|---|---|
| After recording, return to:<br>Joel G. Selik, SBN 117383    Ronald Karz, SBN 134764<br>Selik Law Offices              Mueller Law, PLLC<br>PO Box 1448                     404 W. 7th Street<br>San Marcos CA 92079-1448  Austin TX 78701<br><br>TEL NO.: 760-479-1515    FAX NO. *(optional)*: 760-479-0081<br>E-MAIL ADDRESS *(Optional)*: joel@seliklaw.com  ronald.karz@muellerlaw.com<br>[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | | |

United States District Court
Southern District of California

MAILING ADDRESS: 221 West Broadway
CITY AND ZIP CODE: San Diego 92101
BRANCH NAME: Edward J. Schwartz United States Courthouse

| PLAINTIFF: UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *Ex rel.* Diana Mason | CASE NUMBER: |
|---|---|
| DEFENDANT: Prism autism Foundation d/b/a Prism Behavioral Solutions | 3:19-cv-00043-W-BLM |

### ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   [ ] Amended

FOR COURT USE ONLY

1. The [✓] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ┌──────────────────────────────────────────┐
   │ PRISM AUTISM FOUNDATION d/b/a            │
   │ PRISM BEHAVIORAL SOLUTIONS               │
   │ 23928 Jensen Drive                       │
   │ Canoga Park CA 91304                     │
   └──────────────────────────────────────────┘

   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]:              [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Timothy A. Scott, McKenzie Scott PC, 1350 Columbia Street, Suite 600, San Diego CA 92101

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Diana Mason c/o Selik Law Offices
   PO Box 1448
   San Marcos CA 92079-1448

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 05-03-2023

Joel G. Selik
(TYPE OR PRINT NAME)

/s/ Joel G. Selik
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 118,023.99
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 10-06-2022
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

10. [ ] An  [ ] execution lien  [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date)*: 5/5/2023

Clerk, by B. Chandler, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: United States of America and the State of California Ex rel. DIANA MASON | COURT CASE NO.: |
|---|---|
| DEFENDANT: Prism Autism Foundation d/b/a Prism Behavioral Solutions | 3:19-cv-00043-W-BLM |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to (address):

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to (address):

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to (address):

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.